United States District Court
Central District of California

UNITED STATES OF AMERICA vs          CR 98-641 RMT
Defendant  Lorraine Avila-Ahmad           Social Security # 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
Residence  5438 Harold Way                Mailing Address  SAME
           Los Angeles, CA 90027

---

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

---

In the presence of the attorney for the government, the defendant appeared in person, on : April 19, 1999

**COUNSEL:**

_____ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.

  XX  WITH COUNSEL Kenly Kiya Kato, DFPD, APPT., INTERPRETER: _____

**PLEA:**

  XX   GUILTY, and the Court being satisfied that there is a factual basis for the plea.
_____ NOLO CONTENDERE        _____ NOT GUILTY

**FINDING:**

There being a finding/verdict of __ GUILTY, defendant has been convicted as charged of the offense(s) of: 18 USC 371: Conspiracy as charged in count 1; 18 USC 1708: Possession of Stolen Mail as charged in Count 2; 18 USC 1344: Bank Fraud as charged in counts 11 and 15

**JUDGMENT AND PROBATION/COMMITMENT ORDER:**

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of : **time served**

IT IS THE JUDGMENT of the Court that the defendant, Lorraine Avila-Ahmad, is hereby committed on Counts 1, 2, 11 and 15 to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED under the following terms and conditions:
(CONTINUED ON PAGE TWO)
In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.
____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by: District Judge _____
                          ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                    Sherri R. Carter, Clerk    CONTINUED ON PAGE TWO

Dated/Filed  4-20-99   By _____, Deputy Clerk
                          Victor Paul Cruz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA vs.            CR 98-641 RMT
Defendant: Lorraine Avila-Ahmad          Date: April 19, 1999

------------------------------------------------------------
## JUDGMENT AND PROBATION/COMMITMENT ORDER
------------------------------------------------------------

CONTINUED FROM PAGE 1

The defendant shall pay to the United States a special assessment of $200.00, which is due immediately.

It is ordered that the defendant shall pay restitution in the total amount of $9,550 pursuant to 18 USC 3663.

The amount of restitution ordered shall be paid as follow:

| Victim | Amount |
|---|---|
| Bank of America<br>Investigation Services<br>Department 3259<br>1455 Market Street<br>San Francisco, CA 94103 | $ 200.00 |
| Wells Fargo Bank<br>Fraud Investigations<br>1050 Lakes Drive # 400<br>West Covina, CA 91790 | $9,350.00 |
| Total | $9,550.00 |

A partial payment of $1,000 shall be paid immediately. The balance shall be due as directed by the Court or the United States Attorney, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If any amount of restitution remains unpaid after release from custody, monthly payments of $150 or a sum that the Probation Officer can determine is reasonable in light of the defendant's income shall be made during the period of probation.. The defendant shall notify the United States Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution.

Upon release from imprisonment(time served) the shall be placed on probation for a period of 5 years. This term of probation consists of 5 years on counts 1 and 2, and 5 years on counts 11 and 15, all to run concurrent, under the following terms and contiditons.

Signed by:     District Judge _____
                                           ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                         Sherri R. Carter, Clerk

Dated/Filed 4-20-99     By _____, Deputy Clerk
                                 Victor P. Cruz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA vs.           CR 98-641 RMT
Defendant: Lorraine Avila-Ahmad        Date: April 19, 1999

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

CONTINUED FROM PAGE 2

1) The defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318;

2) The defendant shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The defendant shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision;

3) The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved and directed by the Probation Officer;

4) The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification without the prior written approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his/her true legal name;

5) The defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer and shall maintain a single personal bank account into which all income, financial proceeds and gains shall be deposited and from which all expenses shall be paid.

In the interest of justice the Court dismisses all remaining counts.

The bond is exonerated.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.
____ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center.

Signed by:        District Judge _____
                                 ROBERT M. TAKASUGI

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                            Sherri R. Carter, Clerk

Dated/Filed  4-20-99        By _____, Deputy Clerk

                            Victor P. Cruz

# STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. The defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. The defendant shall support his or her dependents and meet other family responsibilities;

6. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. The defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. The defendant shall refrain from excessive use of alcohol and shall not purchase, posses, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. The defendant shall permit a probation officer to visit him or her ant any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make notifications and to conform the defendant's compliance with such notification requirement;

15. The defendant shall not possess a firearm or other dangerous weapon;

16. The defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

The conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____, the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: APR 21 1999   BY: _____

AO-245-B (01/90)   JUDGMENT AND PROBATION/COMMITMENT ORDER